UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-23299-CIV-MARTINEZ/SANCHEZ

KASANDRA SANTIESTEBAN; *et al.*,

    Plaintiffs,

v.

A-1 ENTERTAINMENT MIAMI, LLC., *et al.*,

    Defendants.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

**THIS CAUSE** is before the Court on the Report and Recommendation filed by the Honorable Eduardo I. Sanchez, United States Magistrate Judge, recommending that Plaintiffs' Amended Complaint [ECF No. 8] be dismissed with leave to amend, allowing Plaintiffs to address the deficiencies identified in Judge Sanchez's Order Denying Plaintiffs' Motion for Default Judgment Without Prejudice [ECF No. 33]. [ECF No. 34]. The Court has reviewed the entire file and record, and notes that no objections have been filed. Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

1. The Report and Recommendation **[ECF No. 34]** is **AFFIRMED** and **ADOPTED**.
2. Plaintiffs' Amended Complaint **[ECF No. 8]** is **DISMISSED WITHOUT PREJUDICE**.
3. Plaintiffs may file a second amended complaint that cures the deficiencies identified in the Order Denying Plaintiffs' Motion for Default Judgment Without Prejudice [ECF No. 33] **on or before March 27, 2026**. Failure to do so may be grounds for **final dismissal without further warning**.

**DONE AND ORDERED** in Miami, Florida, this 27 day of February, 2026.

                                                                        JOSE E. MARTINEZ
                                                                        UNITED STATES DISTRICT JUDGE

cc:    Magistrate Judge Sanchez
        all counsel of record